UNITED STATES BANKRUPTCY COURT

DISTRICT OF COLORADO

In re:

JULIA ANN PETEK, DAVID JOHN PETEK

Debtor.



FILED
CLERK OF COURT

MAY − 2 2025

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

Chapter 13

Case No: 25-12434-JGR

# MOTION FOR RELIEF FROM AUTOMATIC STAY

(11 U.S.C. § 362(d) – To Proceed with Eviction for Nonpayment of Rent)

COMES NOW Dongliang Wang ("Movant" or "Landlord"), by and through himself, and pursuant to 11 U.S.C. § 362(d), respectfully requests this Court grant relief from the automatic stay to allow Movant to proceed with eviction proceedings against Debtor Julia Ann Petek and David John Petek ("Debtor") regarding the rental property located at 3526 E 141st Place, Thornton, CO 80602, and in support thereof states:

## 1.

### Jurisdiction and Background

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on April 24, 2025.
2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.
3. Venue is proper under 28 U.S.C. § 1409.
4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

## 2.

### Lease and Payment Default

- Allowing Movant to proceed under applicable state law to evict Debtor from the Property,
- Waiving the 14-day stay under Bankruptcy Rule 4001(a)(3), and
- Granting such further relief as the Court deems just and proper.

---

Respectfully submitted,

Dongliang Wang  *[signature] Dongliang Wang  05/02/2025*

4814 Basalt Ridge Circle, Castle Rock, CO 80108

720-308-3080

Don.renthome@gmail.com

Dated: 05/02/2025

## RESIDENTIAL LEASE

This lease is entered into the 23rd day of May 2024, between LESSOR Dongliang Wang and LESSEES Julia Ann Petek and David John Petek.

1. DESCRIPTION OF PREMISES AND TERMS: Lessor(s) for rents to be paid and agreements to be performed by Lessor(s) does hereby lease the Lessee(s), and Lessee(s) takes and holds as tenants for the Lessor(s):

   3526 EAST 141ST PLACE, THORNTON, COLORADO 80602

   for the term beginning on the 1st day of July 2024, and ending at midnight the 30th day of June 2025.

2. Lessee(s) hereby agree(s) to pay monthly rent, in advance, of rent of $2595.00 per month. Such rent shall be payable to Dongliang Wang and be deposited into his given bank account or at such other place as Lessor may designate, as follows: $2595.00 on/or before the 1st day of each month.

   Failure to pay rent when due will result in the Lessor(s) taking immediate legal action to evict the Lessee(s) from the premises and seize the security deposit. There shall be a late fee of $129.75 (5% of the past due rent payment) in the event that the rent is not paid on or before the 8th day of each month. Lessee(s) agree(s) to pay to the Lessor(s) a fee of Twenty Five Dollars ($25.00) for each check returned to Lessor(s) from bank for reason of insufficient funds or for each check marked "Account Closed" to cover additional processing and handling costs.

3. SECURITY DEPOSIT: Lessee(s) deposits with Lessor(s) the sum of $2195.00 as a fund to secure the full and timely performance by Lessee(s) of all the terms of this lease when signing the lease agreement. The security deposit will be paid in the following manner: The $2195.00 security deposit will be made at the time of the signing of this agreement. This fund may be used by Lessor(s) as described in Paragraph # 4 below, and to pay for damages other than reasonable and ordinary wear caused by Lessee(s) or by Lessees' agents or invitees'. Lessor(s) will return to Lessee(s), within thirty (30) days following the termination or expiration of the lease term or any holdover term, that portion of the security deposit fund not being retained by Lessor(s), together with a written statement listing the exact reasons for the retention of any portion of the security deposit fund not then returned to Lessee(s).

4. PERFORMANCE AND TERMINATION: Lessee(s) agree(s) to abide by every term of this lease and that any violation will be treated as a material violation of this lease. If Lessee(s) should for any cause whatsoever fail to make complete and timely performance of each of the terms by him to be kept and performed, Lessor(s) shall have the right to make performances for Lessee(s), using so much of the security deposit fund as may be necessary to compensate Lessor(s) for the harm caused by the lessees' default. The lease termination shall be effective upon the posting of such notice at some conspicuous place on the leased premises, or at such other time as may be provided for in the notice. If Lessor(s) make(s) performance for Lessee(s), using all or any portion of the security deposit fund to pay the cost thereof, or if Lessee(s) agree(s) to replenish the security deposit fund to its original level within three (3) days after

g. To use only the in a reasonable manner all electrical, plumbing, sanitary, heating, ventilating, and other facilities and appurtenances and to provide or perform all minor repairs and routine maintenance's as shall be reasonably required.

i. To refrain from, and to cause his household and guests to refrain from destroying, defacing, damaging, or removing any part of the premises or project.

j. To pay any reasonable charges (other than normal wear and tear) for the repair or damages to the premises, building, and facilities caused by the resident, his household or guests.

k. To conduct himself/herself and cause other persons who are on premises with his consent to conduct them selves in a manner, which will not disturb the neighbor's peaceful enjoyment of their accommodations and will be conducive to maintaining the leased premises in a decent, safe, and sanitary condition.

l. To refrain from illegal, marijuana, and other activities which impairs the physical or social environment of the neighborhood.

m. Not to alter the premises in any manner, including painting, or repainting, without the advanced written consent of Lessor(s).

n. Not to allow other persons to occupy the leased premises except in the case of casual visits of friends or guests limited to ten (10) day stay.

o. Tenants shall have premises steam cleaned by carpet cleaner approved by Lessor prior to vacating/ expiration lease of said property.

p. The house is in a work condition with work condition paint, carpet, electric oven, dishwasher, built in microwave and Tenants should use it in a reasonable manner.

8. Lessee(s) have two dogs and one cat, and agree(s) that only two dogs and one cat are allowed in the house and its backyard.

9. ENTRY: Lessee(s) agrees that all reasonable times during the term of this lease, Owner(s), Lessor(s), and its agents may enter the premises for the purpose of inspection, cleaning, repairs, maintenance or to show to prospective new tenants/owners.

10. UTILITIES AND REPAIRS: Lessee(s) agree(s) to pay utility charges for electricity, gas, water, and sewer, etc. Lessee agrees to give number to Lessor(s) and keep a telephone in the leased premises during the term of the occupancy. Lessor(s) shall not be liable for damages for failure to furnish utilities or services occasioned by strikes, breakage of equipment, failure to source of supply, acts of God, or by any acts beyond the control of Lessor(s). When moving in and out, Lessee(s) must notify City of Thornton for water usage, trash, and sewer transfer at (303)538-7370 and Xcel Energy for gas and electricity usage transfer at (800)895-4999.

| JDF 99 A | **Demand for Compliance** |
|---|---|
| | Residential Eviction Notice |

To: *(tenant's name)* Julia Ann Petek and David John Petek ☐ And any other occupants.

I'm issuing this notice under Colorado Revised Statutes (C.R.S.) section (§) 13-40-106.

1. **Move-Out Date**

    Unless you cure the grounds listed below, the Landlord terminates your tenancy as of

    Date: 05/05/2025

    Time: 6:00 PM MT

    You must leave and surrender possession of the premises on or before then.

    **Note on Move-Out Date**
    - The date must be further out than the minimum Notice Needed.
    - Find the Notice Needed in Section 2, "Time to Cure".

2. **Time to Cure**

    You can stop an eviction by fixing the problems below within the following timeframe:

    *(Check one. The timeframe starts from the date served.)*     **Notice Needed**

    ☐ CARES Act Property:     **30 days**

    CARES Act Properties include:     *See* 15 U.S.C. § 9058(a)(2).
    - Homes with a federally backed mortgage (FHA, VA, USDA, etc.); or,
    - Those that participate in a federally subsidized housing program.

    ☑ Residential Agreement:     **10 days**

    ☐ Exempt Residential Agreement:     **5 days**
    Exempt agreements are for Landlords with 5 or fewer
    rentals, and the 10-day notice is waived in the lease.     C.R.S § 13-40-104(5)(b)

    ☐ Employer-provided Housing Agreement:     **3 days**

    I demand that you either cure the grounds for an eviction or leave and surrender possession of the premises described below.

### 5. Default

The grounds for eviction stated above constitute a default under the terms of the lease. If you fail to fix the default, the Landlord may start a court case to regain possession of the premises.

### 6. Signatures

Signature: *(Landlord/Property Manager)* Dougliang Wang

Dated: 04/24/2025

Signature: *(Agent/Attorney)* _____

Dated: _____

### 7. Note on Service                                     C.R.S. § 13-40-108

A copy of this notice must be served by delivery to a known tenant occupying the premises, or by leaving such copy with some person, a member of the tenant's family above the age of fifteen years, residing on or in charge of the premises.

Or, in case no one is on the premises after attempts at personal service at least once on two separate days, by posting the copy in some conspicuous place on the premises.

Date Served: _____

Signature: _____

---

**Note to Tenant – Right to Mediation**

If you receive:

- Supplemental Security Income (SSI);
- Social Security Disability Insurance (SSDI); or
- Cash Assistance through the Colorado Works Program;

Then you may have a right to mandatory mediation, at no cost to you, before the landlord can start an eviction case in court. C.R.S. § 13-40-106(2).

If you qualify for one of the listed programs, let the landlord know in writing immediately.

I have posted the Demand Compliance on the front door of the property at 2:40pm today.

**don house for rent** <don.renthome@gmail.com>
to Julie, David

Hi Julie and D

I posted the D

Regards,
Dongliang Wa



from: **don house for rent** <don.renthome@gmail.com>
to: Julie Petek <petekjulie@gmail.com>,
David Petek <dpetek@outlook.com>
date: Apr 24, 2025, 3:55 PM
subject: I have posted the Demand Compliance on the front door of the property at 2:40pm today.
mailed-by: gmail.com

## Post-Petition Payment History

After April 24, 2025 (the bankruptcy filing date):

Only $300 has been paid on May 1, 2025 (rent $2595 is due by the 1st day of each month).

Debtor:

Julia Ann Petek and David John Petek

3526 E 141st Place

Thornton, CO 80602

Debtor's Attorney:

Carl G. Fritz

6053 S. Quebec St., Ste. 103

Englewood, CO 80111

Chapter 13 Trustee:

Douglas B. Kiel

Chapter 13 Standing Trustee

P.O. Box 351142

Westminster, CO 80035

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/02/2025

Dongliang Wang

4814 Basalt Ridge Circle

Castle Rock, CO 80108

720-308-3080

| Fill in this information to identify your case | | | | FILED CLERK OF COURT |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | MAY - 2 2025 |
| Debtor 1: Julia | Ann | Petek | Case #: 25-12434-JGR | |
| First Name | Middle Name | Last Name | | U.S. BANKRUPTCY COURT DISTRICT OF COLORADO |
| Debtor 2: David | John | Petek | Chapter: 13 | |
| First Name | Middle Name | Last Name | | |

## Local Bankruptcy Form 4001-1.1
## Notice of Motion for Relief from Stay and Opportunity for Hearing

**Complete applicable sections.**

### Part 1  Objection Deadline

Objection deadline: 05/21/2025 [month/day/year].

### Part 2  Notice

NOTICE IS HEREBY GIVEN that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A hearing on the Motion has been has been set for May 28, 2025 [month/day/year], at 1:00 PM [time] at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom B [letter], Fifth Floor, Denver, Colorado 80202. The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

If you desire to oppose the Motion, you must file with this court a written objection to the Motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are required to comply with L.B.R. 4001-1 regarding hearing procedures, including (i) the timely submission and exchange of witness lists and exhibits and (ii) attendance at the above-scheduled hearing in person or through counsel, if represented.

If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: 05/02/2025

By: _[signature]_
Signature

Bar Number (if applicable): ____
Mailing Address: 4814 Basalt Ridge Cir, Castle, CO 80108
Telephone number: 720-308-3080
Facsimile number:
E-mail address: don.renthome@gmail.

L.B.F. 4001-1.1 (12/17)                                                                 Page 1